ANTHONY BRIAN MALLGREN
  Petitioner
NEW YORK CITY
  Respondent

PETITION

**24-cv-10067**

PARTIES
Anthony Brian Mallgren
462 First Avenue
Unit 18 North
New York, NY 10016

New York City



RECEIVED
DEC 2 6 2024
PRO SE OFFICE

1

LEAVE OF COURT
Petitioner, Anthony Brian Mallgren, seeks leave of court to file a new action with a fee waiver.

FEE WAIVER
Petitioner, Anthony Brian Mallgren, is currently an involuntary patient at Bellevue Hospital and is without reasonable access to funds.

I, Anthony Brian Mallgren, declare the above under penalty of perjury.

Anthony Brian Mallgren

2

HABEUS CORPUS

Anthony Brian Mallgren, petitioner, is currently an involuntary patient at Bellevue Hospital and requests habeus corpus.

I, Anthony Brian Mallgren, declare the above under penalty of perjury.

Anthony Brian Mallgren

3

Case 1:24-cv-10067-LTS   Document 1   Filed 12/26/24   Page 4 of 4

**NYC**
**HEALTH+**
**HOSPITALS** | Bellevue

First Avenue & 27th Street
New York, NY 10016

Anthony Brian Mallgren
18 North

**RECEIVED**
DEC 26 2024
**PRO SE OFFICE**

United States District Court
Southern District of New York
Pro Se
500 Pearl Street
New York, NY 10007

FIRST-CLASS

US POSTAGE PITNEY BOWES

ZIP 10016 $ 000.69⁰
02.7W
0008028135 DEC 19. 2024

USM4P
DNY

100078139D CO99